UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
EVELYN HOBBS, derivatively on behalf    :
Of CIGNA CORPORATION,                   :
                                        :
                Plaintiff,     :   Civil Action No. 2:02-CV-8371
                                        :
              - against -              :
                                        :
H. EDWARD HANWAY, ROBERT H.             :
CAMPBELL, FRED HASSAN, PETER N.         :
LARSON, JOSEPH M. MAGLIOCHETTI,         :
JOSEPH NEUBAUER, CHARLES R.             :
SHOEMATE, LOUIS W. SULLIVAN,            :
HAROLD A. WAGNER, CAROL COX             :
WAIT, AND MARILYN WARE,                 :
                                        :
              Defendants,    :
                                        :
              and                       :
                                        :
CIGNA CORPORATION,                      :
                                        :
              Nominal Defendant.        :
_____:

**ORDER**

AND NOW, on this      day of            , 2005, upon consideration of the Motion of Eleanor Morris Illoway for Admission *Pro Hac Vice* of Alexander R. Sussman, it is hereby ORDERED and DECREED that the Motion is GRANTED and he is admitted to practice before this Court *pro hac vice* as counsel for defendants.


                                                          _____
                                                          Hon. Michael M. Baylson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN HOBBS, derivatively on behalf Of CIGNA CORPORATION, : : : | |
| Plaintiff,   : | Civil Action No. 2:02-CV-8371 |
| : | |
| - against -   : | |
| : | |
| H. EDWARD HANWAY, ROBERT H. CAMPBELL, FRED HASSAN, PETER N. LARSON, JOSEPH M. MAGLIOCHETTI, JOSEPH NEUBAUER, CHARLES R. SHOEMATE, LOUIS W. SULLIVAN, HAROLD A. WAGNER, CAROL COX WAIT, AND MARILYN WARE, : : : : : : : | |
| Defendants,   : | |
| and   : | |
| CIGNA CORPORATION,   : | |
| Nominal Defendant.   : | |

**MOTION OF ELEANOR MORRIS ILLOWAY FOR ADMISSION
*PRO HAC VICE* OF ALEXANDER R. SUSSMAN, ESQUIRE**

The undersigned, Eleanor Morris Illoway, who is a member in good standing of the bar of this Court, moves the Court to enter an Order admitting Alexander R. Sussman of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP in New York, NY to practice before this Court *pro hac vice* as counsel for defendants. The facts supporting this motion are as follows:

1.  The undersigned is an attorney-at-law of the Commonwealth of Pennsylvania with offices at 2800 One Commerce Square, 2005 Market Street, Philadelphia, PA 19103-7042 and a member in good standing of the bar of this Court. She and her firm serve as

co-counsel on behalf of CIGNA, etc.

2. Alexander R. Sussman is a partner in the law firm of Fried, Frank, Harris, Shriver & Jacobson. His address, telephone and fax numbers are One New York Plaza, New York, NY 10004-1980, (212) 859-8000 and (212) 859-4000. Mr. Sussman graduated from Yale Law School in 1972. He is a member of the bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the First, Second, Third, Fifth, Sixth, Eighth and Tenth circuits, and the United States Supreme Court. He is in good standing, and no disciplinary or grievance proceedings have been filed or are pending against him. He has also been admitted to practice *pro hac vice* before this Court and other United States District Courts and state courts.

        Respectfully submitted,

           s/Eleanor Morris Illoway
        Eleanor Morris Illoway (40632)
        HARKINS CUNNINGHAM LLP
        2800 One Commerce Square
        2005 Market Street
        Philadelphia, PA 19103-7042
        Tel:  (215) 851-6700

        Attorney for Defendants

Dated:   October 21, 2005

CERTIFICATE OF SERVICE

I, Eleanor Morris Illoway, hereby certify that on October 21, 2005, I caused to be served, by First Class mail, postage prepaid, a true and correct copy of the Motion of Eleanor Morris Illoway for Admission *Pro Hac Vice* of Alexander R. Sussman, Esquire.  I further certify that this Entry has been electronically filed and is available for viewing and downloading from the ECF system.

Christopher G. Hayes
Law Offices of Christopher G. Hayes
115 East Chestnut Street, 2nd Floor
West Chester, PA  19380

Roberta I. Harwood
Daniella Quitt
Wechsler Harwood LLP
488 Madison Avenue
New York, NY  10022

Nadeem Faruqi
Faruqu & Faruqi, LLP
320 East 39th Street
New York, NY  10016


s/Eleanor Morris Illoway