IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CIGNA CORP. SECURITIES | : | CIVIL ACTION |
| LITIGATION | : | NO. 02-8088 |

| | | |
|---|---|---|
| EVELYN HOBBS | : | CIVIL ACTION |
| v. | : | |
| H. EDWARD HANWAY, et al. | : | NO. 02-8371 |

| | | |
|---|---|---|
| JACK SCOTT | : | CIVIL ACTION |
| v. | : | |
| H. EDWARD HANWAY, et al. | : | NO. 02-9135 |

### ORDER RE: ATTORNEYS' FEES AND COSTS

A hearing having been held before this Court on April 27, 2007 pursuant to this Court's Order of January 25, 2007 on the settlement (the "Derivative Settlement") set forth in the Stipulation and Agreement of Settlement dated January 23, 2007, and the Court having approved the settlement by Order and Final Judgment entered on May 1, 2007, it is hereby ORDERED that the Fee Application is GRANTED and Plaintiffs' counsel are awarded attorneys' fees and expenses in the total amount of $720,000.

If this Order does not become effective, the attorneys' fees and expenses shall be returned, as provided in the Stipulation.

BY THE COURT:

s/Michael M. Baylson

Date:   7/13/07

Michael M. Baylson, U.S.D.J.

O:\CIVIL\02-8088 Kaminski v CIGNA Corp\Hobbs Scott Order re attorney fees and costs.wpd